# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re ) <br> DANIEL STEVEN FALLOW ) <br> ) <br> ) <br> Debtor(s) ) <br> ) <br> HERBALIFE INTERNATIONAL INC ) <br> ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> DANIEL STEVEN FALLOW ) <br> ) <br> Defendant. ) <br> ) | Case No. 02-21424-TLM <br><br> Adversary NO. 03-6021-TLM <br><br> ORDER OF DISMISSAL |

UPON THE RECORD HEREIN, and pursuant to Local Bankruptcy Rule 7041.1 relating to dismissal of inactive adversary proceedings, notice of conditional dismissal having been served, and no response thereto having been received, the Court being advised and cause appearing:

IT IS ORDERED that the instant adversary proceeding, 03-6021-TLM, and also adversary proceeding No. 05-7008 consolidated herewith with No. 03-6021 designated as the lead case, *see* Doc. No. 50, are hereby DISMISSED. A duplicate of this Order shall be entered of record in Adv. No. 05-7008-TLM.

DATED: March 14, 2006



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE